IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Reed, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv719 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Nurse Craig, et al. : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 2, 2012 Report and Recommendation (Doc. 33). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 35).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, plaintiff's case is **DISMISSED** without prejudice pursuant to Rule 4(m) for lack of prosecution and this matter is terminated on the docket of this Court.

Plaintiff's motion to appoint counsel for an extension of time to file a response to the Court's show cause order and for other miscellaneous relief (Doc. 31) is **DENIED** as moot.

IT IS SO ORDERED.

                                                    ___s/Susan J. Dlott_____
                                                    Chief Judge Susan J. Dlott
                                                    United States District Court