IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Reed, | : |
| | : |
| Plaintiff(s) | : |
| | : Case Number: 1:11cv719 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| Nurse Craig, et al., | : |
| | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . plaintiff's case is **DISMISSED** without prejudice pursuant to Rul 4(m) for lack of prosecution and this matter is terminated on the docket of this Court.

8/7/12                                                        JAMES BONINI, CLERK


                                                               S/William Miller
                                                                Deputy Clerk